# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:15CR3067 |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| DANIEL J. LLOYD, | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's unopposed Motion to Continue Sentencing and to File RPSR Objection Out-of-Time (Filing 47) is granted.

(2) The defendant's RPSR objections shall be filed on or before March 22, 2016.

(3) The defendant's sentencing, which was originally scheduled for March 9, 2016, is continued to Wednesday, April 13, 2016, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 2, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

(4) A copy of this order shall be provided to counsel for the plaintiff, counsel for the defendant, and the U.S. Marshal.

DATED this 8th day of March, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge