IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 4:15CR3067 |
| v. | ) ) | |
| DANIEL J. LLOYD, | ) ) ) | **ORDER** |
| Defendant. | ) ) | |

IT IS ORDERED:

1. The defendant's motion to proceed in forma pauperis in order to obtain copies (Filing 75) is granted in part, and the Clerk of Court shall provide to defendant a copy of the docket sheet for this case at no cost.

2. The defendant's motion is otherwise denied.

DATED this 2nd day of August, 2016.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge