IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>DANIEL J. LLOYD,<br><br>     Defendant. | 4:15CR3067<br><br>**MEMORANDUM AND ORDER** |

  For all of the reasons articulated in the thorough investigation by the Probation Office (Filing 88), I deny the motion for compassionate release (Filing 85). Even assuming the doubtful proposition that he suffers from some health conditions that might conceivably justify compassionate release, I am persuaded that Mr. Lloyd is among other things a danger to the community and should not be released. Mr. Lloyd has a criminal history category of VI with 20 criminal history points. Several of his prior convictions included violent conduct, drugs and weapons. Additionally, his prior record includes multiple failures to appear, as well as prior sentences of community service that were revoked indicating that Mr. Lloyd is likely not amenable to a setting less restrictive than prison. Therefore,

  IT IS ORDERED that the motion for compassionate release (Filing 85) is denied. The Clerk of Court shall mail a copy of this Memorandum and Order to the defendant. The Clerk shall also provide a copy of this Memorandum and Order to counsel of record and the Probation Office.

April 13, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge